UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Ruby Belton, M.D.,

                Plaintiff,

v.

Borg & Ide Imaging, P.C. and Radnet, Inc.,

                Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.: 18-cv-06776-DGL

**PLEASE TAKE NOTICE** of the appearance of Stacey E. Trien, Esq. as counsel to Radnet, Inc.

Dated: December 3, 2018

**LECLAIR KORONA COLE LLP**

/s/ *Stacey E. Trien*
Mary Jo S. Korona, Esq.
Stacey E. Trien, Esq.
*Attorneys for Defendants: Borg & Ide Imaging, P.C. and Radnet, Inc.*
28 E. Main Street, Suite 1500
Rochester, New York 14614
Telephone:   (585) 327-4100
Facsimile:    (585) 327-4200
E-mail:  mkorona@leclairkorona.com
            strien@leclairkorona.com

TO:    TREVETT CRISTO, P.C.
        Lucinda Lapoff, Esq.
        *Attorneys for Plaintiff*
        Two State Street, Suite 1000
        Rochester, New York 14614
        Telephone:   (585) 454-2181
        Facsimile:    (585) 454-4026
        E-mail: clapoff@trevettcristo.com